UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZRA ZABAWA,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; and NICK LYON, Director of Michigan Department of Human Services in his official capacity,

    Defendants.

No. 17-cv-12881-SFC-SDD

HON. SEAN F. COX

MAG. STEPHANIE DAWKINS DAVIS

**STIPULATION AND ORDER FOR DISMISSAL**

---

Mark A. Cody (P42695)
Chris E. Davis (P52159)
Attorneys for Plaintiff
Michigan Protection &
Advocacy Service, Inc.
4095 Legacy Parkway, Ste 500
Lansing, MI 48911
(517) 487-1755
mcody@mpas.org
cdavis@mpas.org

---

Kristin M. Heyse (P64353)
Tonya C. Jeter (P55352)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family

Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
heysek@michigan.gov
jetert@michigan.gov

 /

## STIPULATION AND ORDER FOR DISMISSAL

The parties have reached an agreement that resolves this case. Therefore, the parties stipulate to dismissal of this case with prejudice and without costs or attorney fees to either party.

Stipulated to by:

| | |
|---|---|
| /s/ Chris E. Davis | /s/ Kristin M. Heyse |
| Chris E. Davis (P52159) | Kristin M. Heyse (P64353) |
| Attorney for Plaintiffs | Attorney for Defendants |
| | |
| Dated:  May 24, 2018 | Dated:  May 24, 2018 |

## **ORDER OF DISMISSAL**

Pursuant to the parties' stipulation, this Court hereby ORDERS that the above-captioned matter is dismissed with prejudice.

IT IS SO ORDERED.


Dated: May 24, 2018                                s/Sean F. Cox
                                                                    Sean F. Cox
                                                                    U. S. District Judge